

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-81,947-02

### EX PARTE STEVE HERBERT SPECKMAN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. C-372-010662-0861282-A IN THE 372ND DISTRICT COURT
### FROM TARRANT COUNTY

*Per curiam*.

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty to aggravated sexual assault and was sentenced to thirty years' imprisonment. The Seventh Court of Appeals affirmed his conviction. *Speckman v. State*, No. 07-13-00232-CR (Tex. App.—Amarillo May 23, 2014) (not designated for publication).

Applicant contends, among other things, that trial counsel rendered his guilty plea involuntary. After the trial court ordered an affidavit from counsel, adopted the State's proposed findings of fact and conclusions of law, and recommended that we deny relief, Applicant filed a

motion in this Court to dismiss his application. We filed and set his case for submission, ultimately denied his motion to dismiss, and granted his motion to stay the proceedings so that he could amend his application. *Ex parte Speckman*, 537 S.W.3d 49 (Tex. Crim. App. 2017); *Ex parte Speckman*, No. WR-81,947-02 (Tex. Crim. App. Dec. 6, 2017) (not designated for publication).

After Applicant filed amended applications on April 5 and 10, 2018, we remanded one of his amended claims for a response from guilty-plea counsel and further findings of fact and conclusions of law. *Ex parte Speckman*, No. WR-81,947-02 (Tex. Crim. App. Sept. 12, 2018) (not designated for publication). On remand, counsel responded in a sworn affidavit and the trial court made further findings of fact and concluded that counsel's conduct was not deficient. On May 6, 2019, Applicant then filed in this Court a motion to dismiss or stay the proceedings, noting that he had filed a supplemental application in Tarrant County. On May 23, we received this application.

Based on the trial court's findings of fact and conclusions of law and this Court independent review of the record and Applicant's original, amended, and supplemental applications in this proceeding, we deny relief.


Filed:   September 11, 2019
Do not publish